RECEIVED
APR - 3 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOHN MESA (#20435-047)            DOCKET NO. 12-CV-2273 SEC. P

VERSUS                            JUDGE JAMES T. TRIMBLE, JR.

WARDEN                            MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DENIED AND DISMISSED** because Petitioner has not shown that his custody is in violation of the Constitution or laws of the United States.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 3rd day of April, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT